**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMAR STOCKMAN**                                                  **CIVIL ACTION**

**VERSUS**                                                                **NO. 18-173**

**JASON KENT, WARDEN**                                    **SECTION: "I"(3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report

and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Jamar

Stockman, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and

Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jamar

Stockman is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of June, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**